**Jaburg & Wilk, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Ronald M. Horwitz (005655)
rmh@jaburgwilk.com
Janessa E. Koenig (018618)
jek@jaburgwilk.com

Attorneys for Green Tree Servicing LLC

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ARTHUR L. FLAGG and ANITA L. FLAGG,<br><br>Debtors.<br><br>GREEN TREE SERVICING LLC, as authorized servicer for Fannie Mae, as owner of account/contract originated by Pacific Coast Capital,<br><br>Movant,<br><br>vs.<br><br>ARTHUR L. FLAGG and ANITA L. FLAGG, Debtors, and U.S. Trustee,<br><br>Respondents. | In Proceedings Under Chapter 11<br><br>Case No. 4:13-bk-14800-EWH<br><br>**STIPULATION REGARDING PLAN TREATMENT AND PAYMENT OF GREEN TREE SERVICING LLC'S SECURED CLAIM**<br><br>Subject Property: 5985 N. Sonoran Sky Place<br>Tucson, Arizona 85750 |

This Stipulation Regarding Treatment and Payment of Green Tree Servicing LLC's Secured Claim ("Stipulation") is entered into by and between Arthur L. Flagg and Anita L. Flagg (hereinafter referred to as "Debtors"), by and through their attorney of record, Eric Slocum Sparks, and Creditor Green Tree Servicing LLC, as authorized servicer for Fannie Mae, as owner of account/contract originated by Pacific Coast Capital ("Green Tree"), by and through its attorney of record, Janessa E. Koenig.

The parties hereby stipulate and agree as follows:

17103-17103-00013\JEK\JEK\1388792.1

1. That on or about August 26, 2013, the Debtors filed a voluntary petition under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy for the District of Arizona, and were assigned Case No. 4:13-bk-14800-EWH;

2. That Green Tree is the holder of a secured claim against the Debtors in the approximate amount of $248,143.00, plus accrued and accruing interest, fees and costs, which claim is secured by the Debtors' real property located at 5985 N. Sonoran Sky Place, Tucson, Arizona 85750 ("the Property").

3. That on or about October 4, 2013, Green Tree filed a Motion for Interim Compensation As and For Adequate Protection ("Motion"), requesting that the Debtors immediately commence making adequate protection payments to Green Tree;

4. That on or about December 23, 2013, Green Tree and the Debtors filed a Stipulation for payment of Adequate Protection, pursuant to which the Debtors agreed to immediately commence making adequate protection payments directly to Green Tree, in the amount of $900.00 per month, commencing on December 1, 2013, and continuing on or before the 1st day of each consecutive month thereafter until regular plan payments are made to Green Tree on its secured claim under the Debtors' confirmed Chapter 11 Plan of Reorganization. An Order approving the parties' Stipulation for Adequate Protection was entered on December 23, 2013;

5. That on or about December 24, 2013, the Debtors filed their First Plan of Reorganization.

6. That on or about January 10, 2014, Green Tree filed an Objection to Confirmation of Debtor's First Plan of Reorganization, objecting to the proposed treatment and payment of its claim in the Debtors' Chapter 11 Plan;

7. That for the purposes of the Debtors' Chapter 11 Plan, Green Tree's claim secured by the Property shall be paid through the Debtors' Chapter 11 Plan in the amount of $248,143.00 over a period of thirty (30) years at the rate of 5.00% per annum, which payments shall commence within 14 days of the Court's execution of the Order approving the Debtors'

Chapter 11 Plan of Reorganization, and shall continue to be paid each month until Green Tree's secured claim has been paid in full;

8. That Green Tree shall not be required to release its lien on the Property until Green Tree has been paid in full on its secured claim as provided herein;

9. That the Debtors shall maintain insurance on the Property, as required by the parties' Note and Deed of Trust;

10. That the Debtors shall be required to maintain and pay all property taxes assessed on the Property, as required by the parties' Note and Deed of Trust; and

11. That the terms of this Stipulation and the Order approving the same shall be incorporated into the Order approving the Debtors' final Chapter 11 Plan approved by this Court.

IT IS SO STIPULATED:

**ERIC SLOCUM SPARKS, PC**

Dated: 5/19/14

By: _____
Eric Slocum Sparks
Attorney for Debtors

**JABURG & WILK, P.C.**

Dated: 5/20/14

By: _____
Janessa E. Koenig
Attorney for Green Tree Servicing LLC

**ORIGINAL** of the foregoing filed
Via ECF this 20th day of May, 2014

**COPIES** of the foregoing mailed
this 20th day of May, 2014 to:

Arthur & Anita Flagg
12360 E. Prince Road
Tucson, AZ 85749

Eric Slocum Sparks, Esq.
Eric Slocum Sparks, P.C.
110 S. Church Ave., #2270
Tucson, AZ 85701
Attorney for Debtors

3

| | |
|---|---|
| 1 | U.S. Trustee |
| | Office of the U.S. Trustee |
| 2 | 230 North First Ave Ste. 204 |
| | Phoenix, AZ 85003 |
| 3 | |
| 4 | List of 20 Largest Creditors as set forth on Exhibit "A" attached hereto |
| 5 | /s/ Linda M. Cole |

# EXHIBIT A

```
Label Matrix for local noticing          BUSINESS DEVELOPMENT FINANCE CORPORATION    Business Development Finance Corporation
0970-4                                   C/O DAVID J. HINDMAN 259 N MEYER AVENUE     c/o R. David Sobel
Case 4:13-bk-14800-EWH                   TUCSON, AZ 85701                            Altfeld & Battaile P.C.
District of Arizona                                                                  250 N. Meyer Avenue
Tucson                                                                               Tucson, AZ 85701-1047
Tue May 20 13:32:21 MST 2014

COMPASS BANK                             (p)GREENTREE SERVICING LLC                  PIMA COUNTY
C/O ASCENSION CAPITAL GROUP              BANKRUPTCY DEPARTMENT                       C/O PIMA COUNTY ATTORNEY'S OFFICE
PO BOX 201347                            P O BOX 6154                                32 N. STONE AVE., STE. 2100
ARLINGTON, TX 76006-1347                 RAPID CITY SD 57709-6154                    TUCSON, AZ 85701-1458


WELLS FARGO BANK, N.A.                   U.S. Bankruptcy Court, Arizona              ADOR
c/o Wade M. Burgeson                     38 S. Scott Avenue                          1600 W MONROE
Engelman Berger PC                       Tucson, AZ 85701-1704                       PHOENIX AZ 85007-2650
3636 North Central
Suite 700
Phoenix, AZ 85012-1936

AMERICAN EXPRESS BANK, FSB               ARIZONA DEPT OF REVENUE                     American Express
C/O BECKET AND LEE LLP                   1600 W. MONROE                              Po Box 3001
POB 3001                                 7TH FLOOR                                   16 General Warren Blvd
MALVERN, PA 19355-0701                   PHOENIX AZ 85007-2650                       Malvern PA 19355-1245


BUSINESS DEVELOPMENT FINANCE CORPORATION (p)BANK OF AMERICA                          CITY OF TUCSON
MESCH, CLARK & ROTHSCHILD, P.C.          PO BOX 982238                               255 W ALAMEDA
C/O DAVID J. HINDMAN                     EL PASO TX 79998-2238                       TUCSON AZ 85701-1362
259 N. MEYER AVENUE
TUCSON, AZ 85701-1090


Chase                                    Compass Bank                                Compass Bank
Po Box 24696                             P.O. Box 10566                              c/o Windtberg & Zdancewicz, PLC
Columbus OH 43224-0696                   Birmingham, AL 35296-0001                   7551 South Willow, Suite 102
                                                                                     Tempe, AZ 85283-5003


Compass Bank/BBVA Compass Bk             GECRB/JC Penny                              GREENTREE
Attn: Bankruptcy                         Attention: Bankruptcy                       PO BOX 6172
Po Box 10566                             Po Box 103104                               RAPID CITY SD 57709-6172
Birmingham AL 35296-0001                 Roswell GA 30076-9104


Green Tree Servicing, LLC                IRS - Philadelphia                          IRS - Phoenix
PO BOX 0049                              PO BOX 7346                                 4041 N. CENTRAL AVE.
Palatine, IL 60055-0049                  PHILADELPHIA PA 19101-7346                  SUITE 112
Telephone number: 888-298-7785                                                       PHOENIX AZ 85012-5000


JPMorgan Chase Bank, N.A.                PIMA COUNTY                                 Pima County, Arizona
Leonard McDonald                         32 N STONE AVE STE 2100                     c/o Pima County Attorney - CIVIL
2525 E. Camelback Rd, Ste 300            Tucson AZ 85701-1458                        32 N. Stone Avenue, Suite 2100
Phoenix, AZ 85016-4237                                                               Tucson, AZ 85701-1458


Robert W. Webb                           SMALL BUSINESS ADMIN                        Tucson Fcu/lsi
c/o Brei Law Firm                        PO BOX 740192                               1160 N Winstel Blvd
4574 N. First Ave., #150                 ATLANTA GA 30374-0192                       Tucson AZ 85716-4023
Tucson, AZ 85718-5688
```

```
U.S. TRUSTEE                          (p)UNITUS COMMUNITY CREDIT UNION    Usaa Savings Bank
OFFICE OF THE U.S. TRUSTEE            P O BOX 1937                        10750 Mc Dermott
230 NORTH FIRST AVENUE                PORTLAND OR 97207-1937              San Antonio TX 78288-1600
SUITE 204
PHOENIX, AZ 85003-1725


WELLS FARGO BANK                      WELLS FARGO BANK, N.A.              Wells Fargo
2355 E CAMELBACK RD #250              PO BOX 10438                        Po Box 60510
PHOENIX AZ 85016-9021                  MAC: X2505-036                     Los Angeles CA 90060-0510
                                      DES MOINES, IA 50306-0438


Wells Fargo Bank, N.A.                ANITA L FLAGG                       ARTHUR L FLAGG
c/o Wade M. Burgeson                  12360 E PRINCE RD                   12360 E PRINCE RD
Engelman Berger, PC                   TUCSON, AZ 85749-9047               TUCSON, AZ 85749-9047
3636 North Central #700
Phoenix, Arizona 85012-1936


ERIC SLOCUM SPARKS
ERIC SLOCUM SPARKS PC
110 S CHURCH AVE #2270
TUCSON, AZ 85701-7621
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
GREEN TREE SERVICING LLC              Bankamerica                         Unitus Community Credi
CORPORATE RISK MANAGEMENT             Mc: Nc4-105-03-14                   1300 Sw 6th Ave
PO BOX 6154                           4161 Piedmont Pkwy                  Portland OR 97201
RAPID CITY, SD 57709-6154             Greensboro NC 27420
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)JPMORGAN CHASE BANK, N.A.          (u)TUCSON FEDERAL CREDIT UNION      (u)The Groves Assisted Living Homes, LLC




(u)Weeks Holdings, LLC                (d)American Express Bank, FSB       (d)Business Development Finance Corporation
                                      c o Becket and Lee LLP              c/o R. David Sobel
                                      POB 3001                            Altfeld & Battaile P.C.
                                      Malvern, PA 19355-0701              250 N. Meyer Avenue
                                                                          Tucson, AZ 85701-1047


(u)The Groves Assisted Living Homes, LLC; and    (d)Robert W Webb         End of Label Matrix
                                                 c/o Brei Law Firm        Mailable recipients    39
                                                 4574 N. First Ave., #150 Bypassed recipients     8
                                                 Tucson, AZ 85718-5688    Total                  47
```